IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Gregory Jones, f/k/a Taylor, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>Collecto, Inc., d/b/a EOS CCA, a Massachusetts corporation, and US Asset Management, Inc., a Delaware corporation,<br>　　Defendants. | **Acknowledged**<br>TWP<br>April 26, 2018<br><br>No. 1:17-cv-2346-TWP-DML |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims against the Defendants, hereby stipulate to the dismissal of Plaintiff's claim with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 25, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60457

One of Defendants' Attorneys

/s/ Bradley R. Armstrong
Bradley R. Armstrong
Michael S. Poncin
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402

The foregoing stipulation is hereby approved and Plaintiff's individual claim is hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice.

Dated: _____, 2018

ENTERED:

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Bradley R. Armstrong | bradley.armstrong@lawmoss.com |
| Michael S. Poncin | mike.poncin@lawmoss.com |
| MOSS & BARNETT | |
| 150 South Fifth Street, Suite 1200 | |
| Minneapolis, Minnesota 55402 | |


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com